# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

HANIEH SADAT, an individual; GENESYSONE CAPITAL, LLC, a limited liability company; and GENESYSONE PARTNERS, LP, a limited partnership,

    Plaintiffs and Counterclaim Defendants,

v.

CHEN TRADING MANAGEMENT, LLC, a limited liability company; SILVERSTREAM OPPORTUNITY FUND, LLC, a limited liability company; and JIMMY CHEN, an individual,

    Defendants and Counterclaimants.

JS-6

CASE NO. 2:20-CV-01535-JFW-MRW

**ORDER**

*[Assigned to Hon. John F. Walter]*

Upon the foregoing Stipulation of the Parties and for good cause shown, the Court accepts the Stipulation of the Parties that the Court should all claims and counterclaims should be dismissed.

IT IS HEREBY ORDERED, that Plaintiffs' First Amended Complaint and Counterclaimants' Counterclaims are hereby dismissed in their entirety with prejudice.

**IT IS SO ORDERED.**

Dated: January 12, 2021

                                                    Hon. John F. Walter
                                                    United States District Judge